UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AARON PRICE, ET AL.

CIVIL ACTION

VERSUS

NO. 08-462-JJB

LOUISIANA DEPT. OF
EDUCATION, ET AL.

## O R D E R

Considering the motion for "judgment" of default (doc. 10);

IT IS ORDERED that the motion be DENIED.  Plaintiffs must first move for entry of default; the returns of service filed in the record each attach a summons that was not properly completed (i.e. deadline to answer was not filled in); and Susan Unknown has not been properly served in any event.  Plaintiff are directed to correct all such deficiencies prior to seeking an entry of default.

The clerk's office shall send notice of this order to the defendants at the addresses indicated on the returns of service in the record.

Baton Rouge, Louisiana, October 2, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

copy to Paul Pastorek, Susan Unknown, Donna Wallete, EBR School Board